# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gloria Woodard,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:06-cv-264

North Carolina Department of
Transportation and John Robinson, Jr.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2007 Order.

**Signed: September 7, 2007**

Frank G. Johns, Clerk
United States District Court